SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Christian Gomez,
    Petitioner,

-against-

William Brown,
    Respondent

---------------------------------------------------------------X

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9464 (HB)(TK)

The above entitled action is referred to the designated Magistrate Judge Theodore Katz for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

✓ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

All such motions: ____

**Matter is to be resolved in concert with the Pretrial Scheduling Order attached.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
           2/8/08

[signature]
United States District Judge

Revised: 8/29/05