



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Telephone No.
(212) 416-8624

DIVISION OF CRIMINAL JUSTICE
Federal Habeas Corpus Section

ANDREW M. CUOMO
Attorney General

April 22, 2008

**BY HAND DELIVERY**

Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

Re:    Christian Gomez v. William Brown
       07-cv-9464 (HB) (THK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter. In an order dated March 13, 2008, and received by respondent on March 19, 2008, this Court directed respondent to answer the petition for a writ of habeas corpus by April 25, 2008.

    When we received this Court's order directing a response, we immediately requested the relevant state records, but I received the state transcripts just last week, with insufficient time to review them and prepare a complete response to the petition by the original due date. And, by the end of this month, I will have submitted two district court responses to habeas petitions, as well as two Second Circuit briefs. Then, in May, I will file another Second Circuit brief, as well as at least two district court habeas responses for which I have already received one extension of time.

    In light of those responsibilities and my recent receipt of the relevant state records, I respectfully request an extension of time until June 12, 2008 to answer the petition. This is respondent's first request for an extension of time. I have not contacted petitioner concerning this request as he is proceeding *pro se* and is incarcerated. Thank you for your consideration.

Respectfully submitted,

Ashlyn Dannelly
Assistant Attorney General
Deputy Chief
Habeas Corpus Section

The respose to the Petition still be filed by June 12, 2008. Any reply by Petitioner will be filed by July 7, 2008. So ordered.
Theo. H.
USMJ
4/23/08

COPIES MAILED
TO COUNSEL OF RECORD ON    4/23/08

120 Broadway, New York, NY 10271