


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

Writer's Direct Telephone No.
(212) 416-8624

ANDREW M. CUOMO
Attorney General

DIVISION OF CRIMINAL JUSTICE
Federal Habeas Corpus Section

June 10, 2008

**BY HAND DELIVERY**

Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1660
New York, New York 10007-1312

           Re:    Christian Gomez v. William Brown
                 07-cv-9464 (HB) (THK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced matter.

    On April 23, 2008, this Court granted respondent's first request for an extension of time to respond to the habeas petition from April 25, 2008 until June 12, 2008.

    This week, I am filing a brief in the United States Court of Appeals for the Second Circuit. Also, in the last week, I have been responsible for editing three other lengthy district court briefs responding to habeas petitions.

    While I will have drafted my response to this petition by the current due date, in order to allow my editor sufficient time to review my response, I respectfully request an additional week, until June 19, 2008, to respond. I do not intend to seek any additional extension requests beyond this second request.

    I have not contacted petitioner concerning this request as he is proceeding *pro se* and is incarcerated. Thank you for your consideration.

Respectfully submitted,

Ashlyn Dannelly
Assistant Attorney General
Deputy Chief
Habeas Corpus Section

*Handwritten annotation:* Granted. Any reply by Petitioner shall be filed by July 14, 2008.

**SO ORDERED**
6/11/08
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

Fax (212) 416-8010

cc (by U.S. Mail):   Christian Gomez
03-A-1691
Otisville Correctional Facility
57 Sanitarium Road, Box 8
Otisville, New York 10963